UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PEYTON ERWIN EIDSON,<br>Defendant. | Case No. 88-cr-00021-SI-1<br><br>**ORDER DENYING DEFENDANT'S APPEAL OF DETENTION ORDER**<br>Re: Dkt. No. 607 |

Defendant Peyton Erwin Eidson, a/k/a Patton Eidson, has filed an appeal from Magistrate Judge Kim's September 7, 2017 ruling granting the government's motion for detention. Dkt. No. 607. The Court held a hearing on September 21, 2017. The Court has considered the orders issued by Judge Kim (Dkt. Nos. 604, 612), the bail study prepared by Pretrial Services in anticipation of the September 7 hearing, the briefs filed by the government (Dkt. No. 614) and the defendant (Dkt. Nos. 607, 615), and the arguments and evidence presented at the hearing. Considering this issue de novo, *United States v. Koenig*, 912 F.2d 1190, 1192-93 (9th Cir. 1990), and for the reasons stated on the record, the Court agrees with Magistrate Judge Kim and Pretrial Services that defendant poses a risk of non-appearance and that there are no conditions or combination of conditions that would reasonably assure his appearance if the Court released him. Accordingly, defendant's motion is DENIED.

**IT IS SO ORDERED**.

Dated: September 21, 2017

_____
SUSAN ILLSTON
United States District Judge