# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | **Judgment in a Criminal Case** |
| v. | ) | (For Offenses Committed Prior to November 1, 1987) |
| | ) | |
| | ) | Case No. CR-88-00021-001 SI |
| PEYTON ERWIN EIDSON | ) | |
| | ) | Erick Guzman (APPOINTED) |
| *(Name of Defendant)* | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  Two of the Indictment                    .

☐ was found guilty on count(s) _____
  after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 21 U.S.C. §§ 846 & 841(A)(1) | Conspiracy to Distribute and Possess with Intent to Distribute Marijuana | 11/30/1985 | 2 |

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

☑ Count(s) 1, 3, 4, and 5     ☐ (is) ☑ (are) dismissed on the motion of the United States.

**IT IS THE JUDGMENT OF THIS COURT THAT**:

The defendant is hereby committed to the custody of the Attorney General or United States Bureau of Prisons to be imprisoned for a total term of:   12 months. This term is to be served consecutively to the term of imprisonment on Docket# 17-CR-00490.

The defendant is remanded to the custody of the United States Marshal.

At such time as the U.S. Parole Commission establishes the defendant is eligible for parole under 18 U.S.C. § 4208, the defendant shall be placed on parole followed by a term of special parole for a period of three years. The U.S. Parole Commission will determine the defendant's conditions of parole and special parole upon release.  The term of parole and special parole are to run concurrent to the term of supervised release imposed in Docket# 17-CR-00490.

In addition to any conditions of parole imposed above.  IT IS ORDERED that the conditions of parole set out on the reverse of this judgment are imposed.

## CONDITIONS OF PAROLE

While the defendant is on parole pursuant to this judgment, the defendant:

1) shall not commit another federal, state or local crime;
2) shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
15) shall pay any fine or obligation imposed by this judgment;
16) shall not possess a firearm or destructive device.

☑ IT IS FURTHER ORDERED that the defendant shall pay a special assessment of $ 50.00 , for count(s) 2 , which shall be due ☑ immediately ☐ as follows:

When incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

☑ The court orders commitment to the custody of the Attorney General and recommends:

Last Four Digits of Defendant's Soc. Sec.   0105

Defendant's Year of Birth:   1944

City and State of Defendant's Residence:
Canyon Lake, California

04/27/2018
Date of Imposition of Sentence

*Susan Illston* (signature)
Signature of Judge

The Honorable Susan Illston   Senior U.S. District Judge
Name and Title of Judge

05/14/2018
Date

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

DEFENDANT: PEYTON ERWIN EIDSON

CASE NUMBER: CR-88-00021-001 SI

DISTRICT: Northern District of California

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b).  A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 10/26/1944

Defendant's Residential Address : 29301 Mammoth Place
Canyon Lake, CA 92587

Defendant's Mailing Address : 29301 Mammoth Place
*(if different)* Canyon Lake, CA 92587